IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Thomas Lenoir, | ) |
| *Plaintiff,* | ) ) ) |
| -*vs*- | ) No. 18-cv- |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) |
| *Defendants.* | ) ) ) ) |

# COMPLAINT

Plaintiff Thomas Lenoir, by counsel, alleges as follows:

1. This is a civil action arising under Section 202 of the Americans with Disabilities Act, 42 U.S.C. §12132, Section 504 of the Rehabilitation Act, 29 U.S.C. §794(a), and 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §12133, 29 U.S.C. §794a(a)(2), and 28 U.S.C. § 1343.

2. Plaintiff Thomas Lenoir is a former detainee of the Cook County Department of Corrections and was most recently assigned booking number 2017-0404013.

3. Defendant Thomas Dart is the Sheriff of Cook County. Plaintiff sues Dart in his official capacity only.

4. Defendant Cook County, in collaboration with the Sheriff as outlined in the January 2011 Inter-Agency Agreement, is responsible for accommodating the needs of disabled prisoners remanded to the Sheriff of Cook County, the

healthcare for inmates at the Jail, and is a necessary party in this action pursuant to *Carver v. Sheriff of LaSalle County*, 324 F. 3d 947 (7th Cir. 2003).

5. Defendants Dart and Cook County have received federal financial assistance since at least 2014.

6. Plaintiff suffers from glaucoma. This condition significantly interferes with the daily life activity of seeing, reading, caring for himself, and performing manual task. Medical records show plaintiff can only see hand motion in his right eye and light perception in his left eye.

7. In addition, plaintiff suffered significant personal injuries in around 2015 as a result of a motor vehicle accident. As a result of this accident and plaintiff's significant vision impairment, plaintiff requires auxiliary aids to move from place to place.

8. Plaintiff also has a serious medical condition that caused him to lose all teeth. As a result, plaintiff requires dentures to safely chew and eat food. Without dentures, plaintiff experiences significant and avoidable suffering while eating and chewing.

9. Plaintiff was at the Cook County Jail for most of 2016 and spent the majority of 2017 as a pretrial detainee at the Jail.

10. Defendants Sheriff and Cook County have known since at least April 2017 that plaintiff has serious medical conditions that substantially interfere with the above described major life activities.

11. For most of plaintiff's incarceration defendants Dart and Cook County refused to accommodate plaintiff's disability. The refusal to accommodate

plaintiff's disability deprived plaintiff the benefit of various programs, services, and activities at the Cook County Jail.

12. For example, plaintiff requires a magnifier to read. For the majority of his incarceration plaintiff was not provided a magnifier. As a result, plaintiff was deprived the ability to read and understand various literature disseminated by the Sheriff and Cook County as compared to an inmate without a significant vision impairment.

13. Plaintiff was also deprived the ability to use the telephone to communicate with family and friends on the same basis as non-visual impaired inmates. Plaintiff requested, in writing, for the Sheriff to provide an accommodation so he could use the phone on the same basis as inmates without visual impairments. Defendants refused to provide plaintiff an accommodation.

14. Plaintiff was also deprived the ability to move from place to place at the Jail and the Leighton Courthouse on the same basis as non-disabled inmates because of his disability. Frequently the employees of defendant Dart did not provide assistance for plaintiff to move from place to place and navigate steep ramps in the basement of the Jail. This caused plaintiff to routinely run into walls.

15. In addition, during regularly scheduled court appearances, the Sheriff's employees held plaintiff in a holding area adjacent to his courtroom without a toilet and sink. Other detainees attending court who were not disabled were held in holding cells adjacent to the courtroom with a toilet and sink.

Defendant Sheriff discriminated against plaintiff by depriving him a holding cell with a toilet and sink solely because of his disability.

16. Defendants also deprived plaintiff the benefit of the activity or program of a reasonably safe living environment as a result of his disability. On numerous occasions inmates would confiscate plaintiff's auxiliary aids or intimidate plaintiff solely because he was unable to see and defend himself. Defendants Dart and Cook County knew plaintiff was routinely bullied in the living unit because of his disability and failed to take reasonable measures to accommodate plaintiff.

17. During plaintiff's incarceration, neither defendants Dart nor Cook County provided plaintiff dentures. The absence of dentures caused plaintiff to suffer significant and avoidable suffering during most meals.

18. Plaintiff made verbal and written requests for the Jail to remedy the above described wrongdoing. For most of plaintiff's incarceration, defendants refused to remedy the above described wrongdoing.

### Count 1: ADA/RA Violations at Cook County Jail Relating to Substantial Vision and Mobility Impairments

19. Plaintiff is substantially limited in the major life activity of seeing and moving from place to place and qualifies as a person with a disability protected by the ADA and Rehabilitation Act.

20. For the reasons above stated, defendants Dart and Cook County deprived plaintiff the benefit of various programs, services, and activities as a result of his disability.

21. Defendants Dart and Cook County were deliberately indifferent to plaintiff's rights under the ADA and Rehabilitation Act.

### Count 2: Dart and Cook County Deliberately Indifferent To Plaintiff's Serious Dental Pain

22. Plaintiff suffers from a serious medical condition leaving him without any teeth.

23. Plaintiff requires dentures to chew and eat. Without dentures, plaintiff experiences pain and discomfort when he eats and chews.

24. Defendants Dart and Cook County enforce a policy whereby dentures will not be provided to inmates.

25. This official policy caused plaintiff to suffer significant pain while chewing.

26. The refusal to provide inmates with dentures caused plaintiff to suffer avoidable dental pain and violated his rights secured by the Fourteenth Amendment to the United States Constitution.

27. The above described wrongdoing causes plaintiff physical and emotional pain and discomfort.

28. Plaintiff demands trial by jury on his claim for damages.

It is therefore respectfully requested that the Court award compensatory damages against defendants Dart and Cook County. Plaintiff also requests that the Court grant whatsoever other relief may be appropriate, including an award of attorney's fees and costs.

/s/ <u>Patrick W. Morrissey</u>
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Ste. Rear
Chicago, Illinois 60643
patrickmorrissey1920@gmail.com
(773) 233-7900
*Attorney for Plaintiff*