UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Thomas Lenoir
                         Plaintiff,

v.                                           Case No.: 1:18−cv−01027
                                                        Honorable Virginia M. Kendall

Thomas Dart, et al.
                         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 1/10/2019. Parties report they have settled the case. By agreement of parties, case is dismissed without prejudice with leave to reinstate by 2/15/2019. If a motion to reinstate is not filed by 2/15/2019, the dismissal shall become final and will automatically convert to a dismissal with prejudice. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.